# United States District Court
**WESTERN DISTRICT OF NEW YORK**

LUDIN RODRIGO JUAREZ-MONTENEGRO,

*Petitioner,*

v.

TODD M. LYONS, *Acting Director Immigration and Customs Enforcement, et al.*

*Respondents.*

1:26-CV-419-BDP
**ORDER**

On May 29, 2026, the Court granted Petitioner's Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, ECF No. 10. Pending before the Court are Petitioner's Motion for Attorneys' Fees Under 28 U.S.C. § 2412(d), Mot. for Attorneys' Fees, ECF No. 13, and Respondents' Motion to Hold in Abeyance Petitioner's Motion for Attorneys' Fees, Mot. for Miscellaneous Relief, ECF No. 14. Under the Equal Access to Justice Act ("EAJA"), "a court shall award to a prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action (other than cases sounding in tort) . . . unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A). The Supreme Court has granted certiorari in *Montoya Palacios v. Liggins*, No. 25-1223, 2026 WL 1855057 (U.S. June 29, 2026), to decide whether "any civil action" under the EAJA covers habeas actions challenging immigration detention. In light of this case, the Court GRANTS Respondents' Motion to Hold in Abeyance, ECF No. 14. The parties must

notify this Court within 14 days of the Supreme Court's decision in *Montoya Palacios v. Liggins* of how this matter should proceed.

**SO ORDERED.**

/s/ Barrington D. Parker
Hon. Barrington D. Parker Senior Circuit Judge of the U.S. Court of Appeals for the Second Circuit, sitting by designation

Dated: September 18, 2026